**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

NAIMA REED,

                    Plaintiff,

v.

METROPOLITAN WASHINGTON
AIRPORTS AUTHORITY

                    Defendant.

Civil Action No. _____

**DEFENDANT METROPOLITAN WASHINGTON AIRPORTS AUTHORITY'S
NOTICE OF REMOVAL OF CIVIL ACTION**

COMES NOW Defendant Metropolitan Washington Airports Authority ("Airports Authority"), by counsel, and pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441 and 1446, hereby files this Notice of Removal on the grounds that there exists a federal question between the parties regarding the Plaintiff's claims under 42 U.S.C. § 2000e, *et seq.* and 42 U.S.C. § 1981, and there is complete diversity of the parties.  In support of this Notice, the Airports Authority states as follows:

1.  On or about December 27, 2023, Plaintiff Naima Reed filed a Complaint in the Circuit Court for Arlington County, Virginia, against the Airports Authority.  *See* Complaint, attached hereto as part of Exhibit 1.

2.  The Airports Authority was served with the Complaint on January 30, 2024.  *See* Summons with date stamp, attached as part of Exhibit 1.

3.  Plaintiff has sued the Airports Authority for over $1 Million, alleging claims of discrimination and retaliation under 42 U.S.C. § 2000e, *et seq.* and 42 U.S.C. § 1981, as well as a

claim of retaliation under the Virginia Whistleblower Protection Law, Va. Code Ann. § 40.1-27.3.  *See* Complaint, pp. 1, 37 – 42.

4. The Airports Authority contends that certain claims contained within the Complaint are subject to a Motion to Dismiss under Fed. R. Civ. P. 12(b)(6), including the state law claim Plaintiff has asserted under Va. Code Ann. § 40.1-27.3.  The Airports Authority intends to file its Motion to Dismiss within the 21-day period permitted for responsive pleadings to be filed.

5. Following adjudication of the Airports Authority's anticipated Motion to Dismiss, the only claims likely to remain against the Airports Authority are claims under federal law, over which this Court has original jurisdiction.  And even in the unlikely event the claim under Va. Code Ann. § 40.1-27.3 remains in the case, this Court may exercise supplemental jurisdiction over it under 28 U.S.C § 1367.

6.  Pursuant to 28 U.S.C. § 1441(a), (b) and (c), this case may be removed to the United States District Court because this Court has original jurisdiction over Plaintiff's claims under federal law, may exercise supplemental jurisdiction over Plaintiff's state law claim should it survive the Airports Authority's anticipated Motion to Dismiss, and there is complete diversity of the parties to the case.[1]

7. Under 28 U.S.C. § 1446 (a), (b) and (d), this case may be removed to the United States District Court for the Eastern District of Virginia, Alexandria Division, which is the United States District Court that embraces Arlington County within its jurisdiction. Shortly after

---

[1] Although the Airports Authority has its principal place of business in Virginia, removal of this case to this Court under 28 U.S.C. § 1332 remains proper.  28 U.S.C. § 1441(b)(2) merely prohibits removal when the defendant is a "citizen" of the State in which the action is brought *if* diversity is the *sole* basis for removal.  Here, diversity is not the sole basis for removal, as there is also a basis for removal under 28 U.S.C. § 1331 due to a federal question.

the filing of this Notice of Removal, written notice thereof will be given to the parties. This Notice shall also be filed with the Clerk of the Circuit Court for Arlington County.

8.   This Notice of Removal is timely because it is being filed within thirty (30) days of the date the Airports Authority was served with the Complaint.

WHEREFORE, the Airports Authority hereby gives notice that the above-referenced action is removed from the Circuit Court for Arlington County, Virginia, to this honorable Court.

Respectfully Submitted,

/s/ Joseph W. Santini

_____
Joseph W. Santini, Esq., Va. Bar # 47377
Morris Kletzkin, Esq., Va. Bar # 88181
FRIEDLANDER MISLER, PLLC
5335 Wisconsin Ave., NW, Suite 600
Washington, DC 20015
202-872-0800
202-857-8343 (fax)
jsantini@fmlaw.com
mkletzkin@fmlaw.com

*Attorneys for Defendant Metropolitan Washington Airports Authority*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I sent the above Notice of Removal on the 13th day of February 2024, via electronic and first-class mail, to:

Monique A. Miles, Esq.
OLD TOWNE ASSOCIATES, P.C.
1500 Woodbine St.
Alexandria, VA 22302
*mmiles@oldtowneassociates.com*

/s/ Joseph W. Santini

_____
Joseph W. Santini